```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA        :     Crim. No. 10-439 (FLW)

      v.                            :

TROI VENABLE                    :     DETENTION ORDER

        This matter having been brought before the Court on motion of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Harvey Bartle, IV, Assistant United States Attorney, appearing), in the presence of David Schafer, Esquire, attorney for defendant Troi Venable, and defendant Troi Venable, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the defendant without bail pending trial in this matter; and the Court having heard arguments of counsel on August 24, 2010; and for the reasons stated on the record, the Court makes the following findings:

        1.  Defendant is presently in the custody of the State of New Jersey serving a sentence of imprisonment imposed by the Superior Court of New Jersey.  Defendant is not eligible for parole on that sentence until November 18, 2011.

        2.  At the present time, the defendant has notified the Court of his intention not to contest detention pending trial in this matter, but reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code,

Section 3142(f) on the issue of pre-trial release at a later date.

IT IS, therefore, on this   24th   day of August, 2010,

ORDERED that the motion of the United States for an order detaining the defendant pending trial in this matter is hereby GRANTED.  The defendant, by and through counsel, having not contested the detention motion of the government, hereby reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED that defendant shall be returned to the custody of the State of New Jersey for the service of his previously imposed sentence;

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

  s/Freda L. Wolfson
HON. FREDA L. WOLFSON
United States District Judge

- 2 -